Argued and submitted August 16, order suppressing evidence is reversed, remanded for trial August 28, 1985

STATE OF OREGON,
*Appellant,*

*v.*

JOHN WILLIAM BUIE,
*Respondent.*

(M 325831; CA A35279)

705 P2d 243

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

John R. Ransom and Ransom, Blackman & Simson, Portland filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The officer's actions in this case were supported by his observations and were objectively reasonable. The trial court's order suppressing evidence is reversed, and the case is remanded for trial.